377 A.2d 192

Commonwealth ex rel. Albany, Appellant, v. Albany.

Submitted June 22, 1976. Earle J. Patterson, and Caine, DiPasqua, Edelson & Patterson, for appellant;  Thomas H. Tropp, and Harris & Tropp, for appellee.

Order affirmed.